# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LACRETIA RACHEL NICKSON,<br><br>    Plaintiff,<br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 1:17-cv-05862<br><br>Honorable Judge Elaine Bucklo |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LACRETIA RACHEL NICKSON, and the Defendant, MONARCH RECOVERY MANAGEMENT, INC through their respective counsel that the above-captioned action is dismissed, with prejudice, against MONARCH RECOVERY MANAGEMENT, INC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 24, 2018                                          Respectfully Submitted,

| **LACRETIA RACHEL NICKSON** | **MONARCH RECOVERY MANAGEMENT, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Renee C. Ohlendorf (*with consent*) |
| Nathan C. Volheim | Renee C. Ohlendorf |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Hinshaw & Culbertson, LLP |
| 2500 S. Highland Avenue, Suite 200 | One California Street, 18th Floor |
| Lombard, Illinois 60148 | San Francisco, CA 94111 |
| Phone: (630) 575-8181 | Phone: (415) 362-6000 |
| Fax :( 630) 575-8188 | rchoy@hinshawlaw.com |
| nvolheim@sulaimanlaw.com | |